# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAR 13 PM 12: 04
CLERK
S. DIST. OF GA.

| | |
|---|---|
| AUGUSTIN REYES-BENITEZ, | * |
| Petitioner, | *  CIVIL ACTION NO.: 5:19-cv-125 |
| v. | * |
| TRACY JOHNS, | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Augustin Reyes-Benitez ("Reyes-Benitez") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Reyes-Benitez's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the

AO 72A
(Rev. 8/82)

Court **DENIES** Reyes-Benitez *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_13\_\_ day of \_\_March\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)