AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT BRUNSWICK DIV.
2020 MAR 13 PM 2:39
CLERK
SO. DIST. OF GA.

AUGUSTIN REYES-BENITEZ

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:19-cv-125

TRACY JOHNS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated March 13, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the habeas petition is dismissed without prejudice, the Petitioner is Denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_____March 13, 2020_____
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03